JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tyler Mattox,<br><br>      Plaintiff,<br><br>    v.<br><br>Jaguar Land Rover North America, LLC et al,<br><br>      Defendant(s). | 8:18-cv-00962 JVS (JDEx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 90 days</u>, to reopen the action if settlement is not consummated.

DATED: April 15, 2019

                                              James V. Selna<br>                                    United States District Judge